Case: 3:01-cv-00244-bbc Document #: 231 Filed: 10/18/02 Page 1 of 17

Document Number  Case Number
231              01-C-0244
United States District Court
Western District of Wisconsin
Joseph W. Skupniewitz

Filed/Received
10/18/2002 03:43:52 PM CDT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

PROMEGA CORPORATION,

    Plaintiff,

vs.

                              Case No. 01-C-0244-C

APPLERA CORPORATION; AND LIFECODES
CORPORATION, AND ITS SUBSIDIARIES
CELLMARK DIAGNOSTICS, INC. AND
GENOMICS INTERNATIONAL
CORPORATION,

    Defendants.

---

**DEFENDANTS' IDENTIFICATION OF PRIOR ART PURSUANT TO 35 U.S.C. § 282**

---

Defendants hereby submit this identification of references pursuant to 35 U.S.C. § 282. Defendants reserve the right to supplement this statement as appropriate under the circumstances.

## I.
## PATENTS AND PUBLICATIONS

A.  **References Cited on the Face of the Patents-In-Suit (U.S. Patent Nos. 5,843,660 and 6,221,598)**

Defendants identify the following references cited on the face of U.S. Patent Nos. 5,843,660 and 6,221,598 which they may rely on as anticipating U.S. Patent Nos. 5,843,660 or 6,221,598 or otherwise showing the state of the art:

- U.S. Patent No. 4,683,195, issued to Mullis et al., on 07/28/87 (APPL 037439-37473 and APPL 038809-38843)

- U.S. Patent No. 4,683,202, issued to Mullis, on 07/28/87 (APPL 037474-37501 and APPL 038844-38871)

- U.S. Patent No. 5,192,659, issued to Simons, on 03/09/93 (APPL 038872-38904)

- U.S. Patent No. 5,364,759, issued to Caskey et al., on 11/15/94 (APPL 037502-37534 and APPL 038905-38937)

- U.S. Patent No. 5,422,252, issued to Walker et al., on 06/06/95 (APPL 038938-38955)

- U.S. Patent No. 5,599,666, issued to Schumm et al., on 02/04/97 (APPL 038956-38983)

- U.S. Patent No. 5,843,660, issued to Schumm et al., on 12/01/98 (APPL 037535-37590)

- International PCT Publication No. WO 93/18177, issued to Fortina and Surrey, on 09/16/93 (APPL 037591-37628 and APPL 038984-39021)

- International PCT Publication No. WO 93/18178, issued to Fortina and Surrey, on 09/16/93 (APPL 037629-37661 and APPL 039022-39054)

- Adamson et al. (The Utah Marker Group), "A Collection Of Ordered Tetranucleotide-Repeat Markers Form The Human Genome," *American Journal of Human Genetics* Vol. 57, 1995, pp. 619-628. (APPL 039237-39246)

- Alford et al., "Rapid And Efficient Resolution Of Parentage By Amplification Of Short Tandem Repeats," *American Journal of Human Genetics* Vol. 55, 1994, pp. 190-195. (APPL 039135-39140 and APPL 039596-39601)

- Andersen et al., "Further Validation Of A Multiplex STR System For Use In Routine Forensic Identity Testing," *Forensic Science International* Vol. 78, 1996, pp. 47-64. (APPL 039189-39206)

- Anker et al., "Tetranucleotide Repeat Polymorphism At The Human Thyroid Peroxidase (hTPO) Locus," *Human Molecular Genetics* Vol. 1, No. 2, 1992, p. 137. (APPL 037710 and APPL 038740-38744)

- Ballabio et al., "PCR Test For Cystic Fibrosis Deletion," *Nature* Vol. 343, January 18, 1990, p. 220. (APPL 039449)

- Ballabio et al., "Screening For Steroid Sulfatase (STS) Gene Deletions By Multiplex DNA Amplification," *Human Genetics* Vol. 84, No. 6, 1990, pp. 571-573. (APPL 037711-37713)

- Bassam et al., "Fast And Sensitive Silver Staining Of DNA In Polyacrylamide Gels," *Analytical Biochemistry* Vol. 196, 1991, pp. 80-83. (APPL 039575-39578)

- Beckmann et al., "Survey Of Human And Rat Microsatellites," *Genomics* Vol. 12, 1992, 627-631. (APPL 039272-39276)

- Beggs et al., "Detection Of 98% DMD/BMD Gene Deletions By Polymerase Chain Reaction," *Human Genetics* Vol. 86, 1990, pp. 45-48. (APPL 039336-39339)

- Bever et al., "Characterization Of Five VNTR Loci By Hae III RFLP Analysis: Application To Paternity Testing," in *The Second international Symposium on Human Identifcation 1991* 1992, pp. 103-128. (APPL 039480-39493)

- Bever et al., "Validation And Utilization Of Commercially Available STR Multiplexes For Patentage Analysis," *Proceedings from the Fifth International Symposium On Human Indentification 1994* 1995, pp. 61-68. (APPL 037714-37722)

- Botstein et al., "Construction Of A Genetic Linkage Map In Man Using Restriction Fragment Length Polymosphisms," *American Journal of Human Genetics* Vol. 32, 1980, pp. 314-331. (APPL 039494-39511)

- Brunk et al., "Assay For Nanogram Quantities Of DNA In Cellular Homogenates," *Analytical Biochemistry* Vol. 92, 1979, pp. 497-500. (APPL 039526-39529)

- Budowle et al., "Validation And Population Stuidies Of The Loci LDLR, GYPA, HBGG, D7S8, And Gc (PM Loci), And HLA-DQα Using A Multiplex Amplification And Typing Procedure," *Journal of Forensic Science* Vol. 40, 1995, pp. 45-54. (APPL 039107-39116)

- Caetano-Anolles et al., "DNA Amplification Fingerprinting Using Arbitrary Oligonucleotide Primers," *Applied Biochemistry and Biotechnology* Vol. 42, 1993, pp. 189-200. (APPL 037723-37734)

- Castro et al., "Multiplex Genetic Typing Of CSF1PO, TPOX And HUMTH01 Loci In Forensic Samples," *Advanced Forensic Haemogenetics* Vol. 6, 1996, pp. 266-268. (APPL 037735-37737 and APPL 039122-39124)

- Chakraborty, "A Class Of Population Genetic Questions Formulated As The Generalized Occupancy Problem," *Genetics* Vol. 134, July 1993, pp. 953-958. (APPL 039602-39607)

- Chamberlain et al., "Deletion Screening Of The Duchenne Muscular Dystrophy Locus Via Multiplex DNA Amplification," *Nucleic Acid Research* Vol. 16, No. 23, 1988, pp. 11141-11156. (APPL 039310-39325)

- Chamberlain et al., "Multiplex PCR For The Diagnosis Of Duchenne Muscular Dystrophy," in *PCR Protocols, A Guide to Methods and Application* (ed. Gelfand, D.H. et al.), 1990, pp. 272-281. (APPL 039326-39335)

- Chamberlain et al. "Optimization Of Multiplex PCRs," *PCR: The Polymerase Chain Reaction*, (Eds. Mullis, K.B. et al.), 1994, pp. 38-46.

- Clemens et al., "Carrier Detection And Prenatal Diagnosis In Duchenne And Becker Muscular Dystrophy Families, Using Dinucleotide Repeat Polymorphisms," *American Journal of Human Genetics* Vol. 49, 1991, pp. 951-960. (APPL 039340-39349)

- Covone et al., "Screening Duchenne And Becker Muscular Dystrophy Patients For Deletions In 30 Exons Of The Dystrophin Gene By Three-Multiplex PCR," *American Journal of Human Genetics* Vol. 51, 1992, pp. 675-677. (APPL 039359-39361)

- De Stefano et al., "Analysis Of A Short Tandem Repeat Locus On Chromosome 19 (D19S253)," *International Journal of Legal Medicine* Vol. 108, 1996, pp. 256-258. (APPL 039234-39236)

- Edwards et al., "DNA Typing And Genetic Mapping With Trimeric And Tetrameric Tandem Repeats," *American Journal of Human Genetics* Vol. 49, 1991, pp. 746-756. (APPL 039261-39271)

- Edwards et al., "DNA Typing With Trimeric And Tetrameric Tandem Repeats: Polymorphic Loci, Detection Systems, And Population Genetics," *Proceedings from the Second International Symposium on Human Identification* 1991, pp. 31-52. (APPL 037738-37752)

- Edwards et al., "Genetic Variation At Five Trimeric And Tetrameric Tandem Repeat Loci In Four Human Population Groups," *Genomics* Vol. 12, 1992, pp. 241-253. (APPL 039403-39415)

- Edwards and Gibbs, "Multiplex PCR: Advantages, Development, And Applications," *PCR Methods and Applications* Vol. 3, 1994, S65-S75. (APPL 037753-37763 and APPL 039585-39595)

- Eisenberg et al., "PCR For Identity Testing," *Proceedings from the Fifth International Symposium on Human Identification 1994* 1995, pp. 103-107. (APPL 037764-37775)

- Estivill et al., "Prenatal Diagnosis Of Cystic Fibrosis By Multiplex PCR Of Mutation And Microsatellite Alleles," *Lancet* Vol. 338, August 17, 1991, p. 458. (APPL 039372)

- Ferrie et al., "Development, Multiplexing, And Application Of ARMS Tests For Common Mutations In The CFTR Gene," *American Journal of Human Genetics* Vol. 51, 1992, pp. 251-262. (APPL 039377-39388)

- Fildes et al., "AmpliType® PM Field Trial Results," *Program: Fourth International Symposium on Human Identification* September 27-29, 1993, p.119. (APPL 037776-37781)

- Fortina et al., "Non-Radioactive Detection Of The Most Common Mutation In The Cystic Fibrosis Transmembrane Conductance Regulator Gene By Multiplex Allele-Specific Polymerase Chain Reaction," *Human Genetics* (1992) Vol. 90, 1992, pp. 375-378. (APPL 039373-39376)

- Fregeau and Fourney, "DNA Typing With Fluorescently Tagged Short Tandem Repeats: A Sensitive And Accurate Approach To Human Identification," *BioTechniques* Vol. 15, No. 1, July 1993, pp. 100-119. (APPL 037662-37681 and APPL 039608-39627)

- Fregeau et al., "PCR-Based DNA Identification: A Transition In Forensic Science," *Proceedings from the Fourth International Symposium on Human Identification* 1993, pp. 107-117. (APPL 037782-37799)

- Fuentes et al., "Genetic Variation Of Microsatellite Markers D1S117, D6S89, D11S35, APOC2, And D21S168 In The Spainish Population," *International Journal of Legal Medicine* Vol. 105, 1993, pp. 271-277. (APPL 037800-37806 and APPL 039227-39233)

- Furedi et al., "Hungarian Population Data On Six STR Loci – HUMVWFA31, HUMTH01, HUMCSF1PO, HUMFES/FPS, HUMTPOX, And HUMHPRTB – Derived Using Multiplex PCR Amplification And Manual Typing," *International Journal of Legal Medicine* Vol. 109, 1996, 100-101. (APPL 039207-39208)

- Garofano et al., "Italian Population Data On Thirteen Short Tandem Repeat Loci: HUMTH01, D21S11, D18S51, HUMVWFA31, HUMFIBRA, D8S1179, HUMTPOX, HUMCSF1PO, D16S539, D7S820, D13S317, D5S818, D3S1358," *Forensic Science Iternational* Vol. 97, 1998, pp. 53-60. (APPL 037807-37815)

- GenBank Accession Numbers, including but not limited to: G08343; G08745; G08051; G07948; G07948; L16393; V00481; M28420; M21986; M64554; M68651; M25858;

M18079; M26434; M87312; and M22970.

- Gibbs et al., "Multiplex DNA Deletion Detection And Exon Sequencing Of The Hypoxanthine Phosphoribosyltransferase Gene In Lesch-Nyhan Families," *Genomics* Vol. 7, 1990, pp. 235-244. (APPL 038302-38321 and APPL 039362-39371)

- Gill et al., "Automated Short Tandem Repeat (STR) Analysis In Forensic Casework – A Strategy For The Future," *Electrophoresis* Vol. 16, 1995, pp. 1543-1552. (APPL 039061-39070)

- Gill, P. et al. "Forensic Application Of DNA Fingerprints," *Nature* Vol. 318, December 12, 1985, pp. 577-579. (APPL 039523-39525)

- Greenspoon et al., "QIAamp Spin Columns As A Method Of DNA Isolation For Forensic Casework," *Journal of Forensic Sciences* Vol. 43, No. 5, September 1998, pp. 1024-1030. (APPL 037816-37823)

- Hammond et al., "Evaluation Of 13 Short Tandem Repeat Loci For Use In Personal Identification Application," *American Journal of Human Genetics* Vol. 55, No. 1, July 1994, pp. 175-189. (APPL 039426-39444)

- Hammond et al., "Personal Identification Via Short Tandem Repeats," *Proceedings from the Third International Symposium on Human Identification* 1992, pp. 163-175. (APPL 037824-37841)

- Hecht et al., "Linkage Of Typical Pseudoachondroplasia To Chromosome 19," *Genomics* Vol. 18, 1993, pp. 661-666. (APPL 039173-39178)

- Hochmeister et al., "Confirmation Of The Identity Of Human Skeletal Remains Using Multiplex PCR Amplification And Typing Kits," *J. Forensic Sci.* Vol. 40, 1995, pp. 701-705. (APPL 037853-37862)

- Hochmeister et al., "Swiss Caucasian Population Data And Casework-Applications Using PCR Amplification Kits," *Proceedings from the Fifth International Symposium on Human Identification 1994* 1995, pp. 51-60. (APPL 037863-37872, APPL 037874-37879)

- Hochmeister, et al. "Swiss Population Data On Three Tetrameric Short Tandem Repeat Loci – VWA, HUMTHO1, And F13A1 – Derived Using Multiplex PCR And Laser Fluorescence Detection," *Int. J. Leg. Med.* Vol. 107 No. 1, 1994, pp. 34-36. (APPL 037880-37884)

- Hochmeister et al., "Using Multiplex PCR Amplification And Typing Kits For The Analysis Of DNA Evidence In A Serial Killer Case," *J. Forensic Sci* Vol. 41, 1996, pp. 155-162. (APPL 037842-37852)

- Holgersson et al., "Fluorescent-Based Typing Of The Two Short Tandem Repeat Loci HUMTH01 And HUMAXTBP2: Reproducibility Of Size Measurements And Genetic

Variation In The Swedish Population," *Electrophoresis* Vol. 15, 1994, pp. 890-895. (APPL 037885-37894)

- Huang, T.H.-M. et al. "Genetic Mapping of Four Dinucleotide Repeat Loci, DXS453, DXS458, DXS454, and DXS424, on the X Chromosome Using Multiplex Polymerase Chain Reaction," *Genomics* Vol. 13, 1992, pp. 375-380. (APPL 038322-38327 and APPL 039397-39402)

- Huber and Holtz, "Random Priming And Multiplex PCR With Three Short Tandem Repeats For Forensic Casework," *Program: Fourth International Sumposium on Human Identification* September 27-29, 1993, Scottsdale, AZ, p. 220. (APPL 037895-37900)

- Huckenbeck et al., "German Data On The HUJMVWA31 Locus," *Anthrop. Anz.* Jg. 54, No. 1, Stuttgart, Marz. 1996, pp. 1-6. (APPL 038279-38290)

- Hudson et al., "Isolation And Chromosomal Assignment Of 100 Highly Informative Human Simple Sequence Repeat Polymorphisms," *Genomics* Vol. 13, 1992, pp. 622-629. (APPL 037901-37908 and APPL 039253-39260)

- Jeffreys et al., "Hypervariable Minisatellite Regions In Human DNA," *Nature* Vol. 314, March 7, 1985, pp. 67-73. (APPL 039284-39290)

- Kimpton et al., "Automated DNA Profiling Employing Multiplex Amplification Of Short Tandem Repeat Loci," *Advanced Forensic Haemogenetics* Vol. 5, 1994, pp. 309-311. (APPL 039119-39121)

- Kimpton et al., "Automated DNA Profiling Employing Multiplex Amplification Of Short Tandem Repeat Loci," *PCR Methods and Applications* Vol. 3, 1993, pp. 13-22. (APPL 037692-37701, APPL 037909-37918 and APPL 039416-39425)

- Kimpton et al., "Evaluation of an Automated DNA Profiling System Employing Multiplex Amplification of Four Tetrameric STR Loci," *International Journal of Legal Medicine* Vol. 106, 1994, pp. 302-311. (APPL 037682-37691 and APPL 039125-39134)

- Kimpton et al., "Validation Of Highly Discriminating Multiplex Short Tandem Repeat Amplification Systems For Individual Identification," *Electrophoresis* Vol. 17, 1996, pp. 1283-1293. (APPL 039096-39106)

- Kobayashi, Y. "A Method to Cast Thin Sequencing Gels," *BRL Focus* Vol. 10, 1988, pp. 73-74.

- Kwoh et al., "Target Amplification Systems In Nucleic Acid-Based Diagnostic Approaches," *American Biotechnology Laboratory* October 1990, pp. 14-25. (APPL 039546-39554)

- Lee et al., "Microwave Extraction, Rapid DNA Quantitation And Fluorescent Detection Of Amplified Short Tandem Repeats," *Proceedings from the Fifth International Symposium on*

*Human Identification 1994* 1995, pp.137-145. (APPL 037919-37933)

- Lin et al., "Multiplex Genotype Determination At A Large Number Of Gene Loci," *Proc. Natl. Acad. Sci. USA* Vol. 93, March 1996, pp. 2582-2587. (APPL 039055-39060)

- Lins et al., "Multiplex Sets For The Amplification Of Polymeorphic Short Tandem Repeat Loci – Silver Stain And Fluorescence Detection," *BioTechniques* Vol. 20, May 1996, pp. 882-889. (APPL 039084-39095)

- Litt and Luty, "A Hypervariable Microsatellite Revealed By In Vitro Amplification Of A Dinucleotide Repeat Within The Cardiac Muscle Actin Gene," *American Journal of Human Genetics* Vol. 44, 1989, pp. 397-401. (APPL 039291-39295)

- Lohmann et al., "Detection Of Small RB1 Gene Deletions In Retinoblastoma By Multiplex PCR And High-Resolution Gel Eletrophoresis," *Human Genetics* Vol. 89, 1992, pp. 49-53. (APPL 039392-39396)

- Lorente et al., "Sequential Multiplex Amplification Of Genetic Markers From An Individual Sample," *Program: Fourth International Symposium on Human Identification* September. 27-29, 1993, pp. 173-175. (APPL 037934-37941)

- Lygo et al., "The Validation Of Short Tandem Repeat (STR) Loci For Use In Forensic Casework," *Int. J. Leg. Med.* Vol. 107, No. 2, 1994, pp. 77-89. (APPL 037942-37956)

- Manam and Nichols, "MultiPlex Polymerase Chain Reaction Amplification And Direct Sequencing Of Homologous Sequences: Point Mutation Analysis Of The ras Genes," *Analytical Biochemistry* Vol. 199, pp. 106-111. (APPL 037957-37970)

- McKeown and Piercy, "Increasing The Size Of PCR Products Without Redesigning Primer Binding Sequences," *Nucleic Acids Research* Vol. 23, No. 12, 1995, pp. 2337-2338. (APPL 039117-39118)

- Micka et al., "Validation Of Multiplex Polymorphic STR Amplification Sets Developed For Personal Identification Applications," *Journal of Forensic Science* Vol. 41, July 1996, pp. 582-590. (APPL 037971-37982, APPL 038178-38186 and APPL 039150-39161)

- Moretti et al., "Enhancement Of PCR Amplification Yield And Specificity Using AmpliTaq Gold DNA Polymerase," *Biotechniques* Vol. 25, 1998, pp. 716-722. (APPL 037983-37993)

- Morral and Estivill, "Multiplex PCR Amplification Of Three Microsatellites Within The CFTR Gene," *Genomics* Vol. 13, 1992, pp. 1362-1364. (APPL 038291-38301 and APPL 039389-39391)

- Murray et al., "A Comprehensive Human Linkage Map With Centimorgan Density," *Science* Vol. 265, September 30, 1994, pp. 2049-2054. (APPL 039247-39252)

- Nakamura et al., "Variable Numbers Of Tandem Repeat (VNTR) Markers For Human Gene Mapping," *Science* Vol. 235, 1987, pp. 1616-1622. (APPL 039277-39283)

- Oetting et al., "Linkage Analysis With Multiplexed Short Tandem Repeat Polymorphisms Using Infrared Fluoresecence And M13 Tailed Primers," *Genomics* Vol. 30, 1995, pp. 450-458. (APPL 039071-39079)

- Oldroyd et al., "A Highly Discriminating Octoplex Short Tandem Repeat Polymerase Chain Reaction System Suitable For Human Individual Identification," *Electrophoresis* Vol. 16, 1995, pp. 334-337. (APPL 039080-39083 and APPL 039445-39448)

- Parkin, "The Development Of Forensic DNA Profiling In The Metropolitan Police Forensic Science Laboratory," *Proceedings from the Third International Sumposium on Human Identification* 1992, pp.345-359. (APPL 037994-38010)

- Patel et al., "Organization Of The HPRT Gene And Related Sequences In The Human Genome," *Somatic Cell And Molecular Genetics* Vol. 10, No. 5, 1984, pp. 483-493. (APPL 039512-39522)

- Pfitzinger et al., "French Experience In STR Systems: Caucasian Population Data Bases, Automated Fluorescent Quadruplex Typing And Forensic Applications For HUMFESFPS, HUMTH01, HUMVWA31/A And HUMF13A1 Loci," *Proceedings from the Fifth International Symposium on Human Identification 1994* 1995, pp.85-94. (APPL 038011-38021)

- Presley et al., "The Implementation Of The Polymerase Chain Reaction (PCR) HLA DQ Alpha Typing By The FBI Laboratory," in *The Third International Symposium on Human Identification 1992* 1993, pp. 245-269. (APPL 039450-39479)

- Prior et al., "A Model For Molecular Screening Of Newborns: Simultaneous Detection Of Duchenne/Becker Muscular Dystrophies And Custic Fibrosis," *Clin. Chem.* Vol 36, No. 10, 1990, pp. 1756-1759. (APPL 038022-38030)

- Program: *Fourth International Symposium on Human Identification*, 1993, p. 19.

- Promega, "GenePrint® Fluorescent STR Systems," *Technical Manual TMD006* December, 1994. (APPL 038031-38086)

- Promega, "GenePrint® STR Systems," *Technical Manual TMD004* October 1994. (APPL 038087-38133)

- Puers et al., "Identification Of Repeat Sequence Heterogeneity At The Polymorphic Short Tandem Repeat Locus HUMTHO1[AATG]$_n$ And Reassignment Of Alleles In Population Analysis By Using A Locus-Specific Allelic Ladder," *American Journal of Human Genetics* Vol. 53, 1993, pp. 953-958. (APPL 038273-38278 and APPL 039579-39584)

- Robertson et al., "Forensic Applications Of A Rapid, Sensitive, And Precise Multiplex Analysis Of The Four Short Tandem repeat Loci HUMVWF31/A, HUMTH01, HUMF13A1, And HUMFES/FPS," *Electrophoresis* Vol. 16, 1995, pp. 156-176. (APPL 039214-39222)

- Rosen et al., "Rapid DNA Profiling Using Microsatellites, PCR And Fluorescent DNA Typing," *Proceedings from the Fourth International Symposium on Human Identification* 1993, pp. 228-229. (APPL 038134-38140 and PM062499-62274)

- Rousselet et al., "French Caucasian Population Data Obtained From Fluorescently Detected HumvWFA31/A And HumF13A01 Short Tandem Repeat Loci," *International Journal of Legal Medicine* Vol. 109, pp. 5-9. (APPL 039209-39213)

- Rousselet et al., "Multiplex Amplification And Automated Fluorescent Typing Of Short Tandem Repeat (STR) Loci: The French Experience," *Advanced Forensic Haemogenetics* Vol. 6, 1996, pp. 139-141. (APPL 039223-39226)

- Saiki et al., "Enzymatic Amplification Of β-Globin Genomic Sequences And Restriction Site Analysis For Diagnosis Of Sickle Cell Anemia," *Science* Vol. 230, December 13, 1985, pp. 1350-1354. (APPL 039540-39545)

- Sajantila et al., "Application Of The Polymerase Chain Reaction In Forensic Medicine," *Proceedings from the Third International Symposium on Human Identification* 1992, pp. 375-381. (APPL 038141-38152)

- Salazar et al., "Genetic Typing Of The DQA1*4 Alleles By Restriction Enzyme Digestion Of The PCR Product Obtained With The DQ Alpha Amplitype Kit," *Journal of Forensic Sciences* Vol. 39, No. 2, pp. 518-525. (APPL 038153-38165)

- Sambrook et al., In *Molecular Cloning – A Laboratory Manual,* 2nd Edition, Cold Spring Harbor Laboratory Press 1989, pp. 13.45-13.57. (APPL 039561-39574)

- Schmalzing et al., "Two-Color Multiplexed Analysis of Eight Short Tandem Repeat Loci With An Electrophoretic Microdevice," *Analytical Biochemistry* Vol. 270, No. 1, May 15, 1999, pp. 148-152. (APPL 038166-38177)

- Schumm et al., "Analysis Of Short Tandem Repeats: High Throughput Nonisotopic Methods For Every Laboratory," *Practical Techniques in DNA Analysis of PCR Fragments* (Handout at a Workshop held in Scottsdale, AZ September 26, 1993, pp. 41-62. (APPL 038187-38209)

- Schumm, J.W., et al. "Construction and Use of Allelic Ladders for the STR Systems HUMTH01, HUMCSF1PO, and HUMFESFPS," *Second International Symposium on the Forensic Aspects of DNA Analysis*, Forensic Science Research and Training Center FBI Academy, Wuantico, VA, pp. 12-13 and Abstract (1993).

- Schumm et al., "Development Of Nonisotopic Multiplex Amplification Sets For Analysis Of Polymorphic STR Loci," *Fourth International Symposium on Human Identification* 1993, pp.

177-187. (APPL 038210-38228 and APPL 039628-39646)

- Schumm et al., "Validation of Multiplex Polymorphic STR Amplification Sets Developed for Personal Identification Applications," *Proceedings from the Fifth International Symposium on Human Identification*, 1994, p. 49.

- Schwartz et al., "Fluorescent Multiplex Linkage Analysis And Carrier Detection For Duchenne/Becker Muscular Dystrophy," *American Journal of Human Genetics* Vol. 51, 1992, pp. 721-729. (APPL 039350-39358)

- Shuber et al., "Efficient 12-Mutation Testing In The CFTR GENE: A General Model For Complex Mutation Analyis," *Human Molecular Genetics* Vol. 2, No. 2, February 1993, pp. 153-158. (APPL 038229-38238)

- Tautz et al., "Cryptic Simplicity In DNA Is A Major Source Of Genetic Variation," *Nature* Vol. 322, August 14, 1986, pp. 652-656. (APPL 039296-39300)

- Thomson et al., "Validation Of Short Tandem Repeat Analysis For The Investigation Of Cases Of Disputed Paternity," *Forensic Science International* Vol. 100, Nos. 1, 2, March 15, 1999, pp. 1-16. (APPL 038239-38258)

- Tully et al., "Analysis Of 6 VNTR Loci By 'Multiplex' PCR And Automated Fluorescent Detection," *Human Genetics* Vol. 92, 1993, pp. 554-562. (APPL 038259-38267 and APPL 039141-39149)

- Urquhart et al., "Variation In Short Tandem Repeat Sequences – A Survey Of Twelve Microsatellite Loci For Use As Forensic Identification Markers," *International Journal of Legal Medicine* Vol. 107, No. 1, August 1994, pp. 13-20. (APPL 037702-37709 and APPL 039179-39188)

- Walker et al., "Isothernmal In Vitro Amplification Of DNA By A Restriction Enzyme/DNA Polymerase System," *Proc. Natl. Acad. Sci., USA* Vol. 89, January 1992, pp. 392-396. (APPL 039555-39560)

- Waye et al., "A Simple And Sensitive Method For Quantifying Human Genomic DNA In Forensic Specimen Extracts," *BioTechniques* Vol. 7, No. 8, 1989, pp. 852-855. (APPL 039530-39533)

- Waye et al., "Sensitive And Specific Quantification Of Human Genomic Deoxyribonucleic Acid (DNA) In Forensic Science Specimens: Casework Examples," *Journal of Forensic Science* Vol. 36, 1991, pp. 1198-1203. (APPL 039534-39539)

- Weber and May, "Abundant Class Of Human DNA Polymorphisms Which Can Be Typed Using The Polymerase Chain Reaction," *American Journal of Human Genetics* Vol. 44, 1989, pp. 388-396. (APPL 039301-39309)

- Wildenberg et al., "A Gene Causing Hermansky-Pudlak Syndrome In A Puerto Rican Population Maps To Chromosome 10q2," *American Journal of Human Genetics* Vol. 57, 1995, pp. 755-765. (APPL 039162-39172)

- Williamson, R., et al. "Report of the DNA Committee and Catalogues of Cloned and Mapped Genes and DNA Polymorphisms," *Cytogenet Cell Genet* Vol. 55, 1990, pp. 457-778.

### B.   Other References

Defendants identify the following additional references which it may rely on as anticipating U.S. Patent Nos. 5,843,660 and 6,221,598 or otherwise showing the state of the art:

- U.S. Patent No. 6,221,598, issued to Schumm et al., on April 24, 2001.

- Ambach et al., "Multiplex-PCR:  Application For Identification Of Fire-Victims," *Proceedings from the Sixth International Symposium On Human Identification* 1995, p. 158. (PM062849 and PM062685-62691)

- Caskey and Hammond, "Forensic Use Of Short Tandem Repeats Via PCR,"*Advances In Forensic Haemogenetics 4* (eds. Rittner C. and Schneider P.M.) September 18-21, 1991, pp. 18-25. (APPL 041049-41070)

- Chamberlain et al., "Detection Of Gene Deletions Using Multiplex Polymerase Chain Reactions," *Methods in Molecular Biology*, Vol. 9:  Protocols In Human Molecular Genetics, Chapter 25, (ed. Mathew C.), 1991, pp. 299-312. (APPL 041235-41252)

- Cotton et al., "Validation Of Two STR Loci In Preparation For Casework Implementation," *Fifth International Symposium On Human Identification*, 1994, p. 166. (PM062508, PM062512-62518, and PM062667)

- Dubovsky et al., "Sets Of Short Tandem Repeat Polymorphisms For Efficient Linkage Screening Of The Human Genome," *Human Molecular Genetics*, 1995, Vol. 4, No. 3, pp. 449-452. (APPL 041090-41096)

- Dubovsky et al., "Sets Of Short Tandem Repeat Polymorphisms For Whole Genome Linkage Screening," *The American Journal of Human Genetics*, Vol. 53, No. 3, September 1993, p. 994.

- Edwards et al., "Automated DNA Sequencing Of The Human HPRT Locus," *Genomics*, Vol. 6, No. 1, January 1990, pp. 593-608. (APPL 038431-38458)

- Edwards and Gibbs, "Multiplex PCR," *PCR Primer:  A Laboratory Manual* (eds. Dieffenbach, C.W. and Dveksler, G.S.), 1995, pp. 157-171. (APPL 041179-41199)

- Edwards et al., "Strategy For Identification And Isolation Of Short Tandem Repeats,"

*Proceedings from the Second International Symposium on Human Identification* 1991, pp. 309-310.

- Eisenberg et al., "PCR-Based Analyses For Identity Testing," *Proceedings from The Fourth International Symposium On Human Identification* 1993, pp. 189-199. (PM062461-62471 and PM062273-62279)

- Fourney et al., Poster Abstract entitled "Evaluation Of A New STR Multiplex (D5S818, D13S317, D7S820) For Forensic Applications," *Proceedings from the Sixth International Symposium On Human Identification* 1995, p. 178. (PM062869 and PM062685-62691)

- Fourney et al., Poster Presentation, "Evaluation of a New STR Multiplex (D5S818, D13S317, D7S820) for Forensic Applications," *Int. Sym. Human Identification*, 10/95 (APPL 093901-93914)

- Gibbs et al. "Chapter 2: Direct DNA Sequencing Of Complementary DNA Amplified By The Polymerase Chain Reaction," *Methods In Molecular Biology 9: Protocols In Human Molecular Genetics*, (Ed. Mathew, C.G.), 1991, pp. 9-20.

- Hammond and Caskey "Human DNA Fingerprinting Using Short Tandem Repeat Loci," *Methods In Molecular and Cellular Biology* Vol. 5, 1994, pp. 78-86.

- Huang et al., "Chinese Population Data On Three Tetrameric Short Tandem Repeat Loci – HUMTHO1, TPOX, And CSF1PO – Derived Using Multiplex PCR And Manual Typing," *Forensic Science International* Vol. 71, 1995, pp. 131-136.

- Laird and Newall, "Ontario Caucasion Population Data At Four Short Tandem Repeat (STR) Loci (vWA, THO1, F13A1, FES/FPS) Amplified As A Multiplex And Analysed By Automated Fluorescence Detection," *Proceedings from the Fifth International Symposium On Human Identification* 1994, 169-170. (PM062508 and PM062670-62671)

- Murray et al., "High Resolution Genetic Maps Incorporating Multiple Classes Of Short Tandem Repeat Polymorphisms," *The American Journal of Human Genetics*, Vol. 55, Suppl. 3, September 1994, p. A23, Slide Session 32: Human Genome I, Abstract 110.

- Panzer et al. "Short Tandem Repeat Polymorphic Loci Are Useful For DNA Analysis," *The American Journal of Human Genetics* Vol. 51, No. 4, 1992, A105, p. 406.

- Polymeropoulos et al. "Tetranucleotide Repeat Polymorphism at the Human Tyrosine Hydroxylase Gene (TH)," *Nucleic Acids Res.* Vol. 19, 1991, pp. 3753.

- Puers et al., "Analysis of Polymorphic Short Tandem Repeat Loci Using Well-Characterized Allelic Ladders," *Proceedings from the Fourth International Symposium on Human Identification* 1993, pp. 161-172. (PM062435-62446 and PM062273-62279)

- Richard and Newall, "Validation Studies Of Four Short Tandem Repeat (STR) Loci (vWA,

THO1, F13A1, And FES/FPS) Amplified As A Multiplex And Analysed By Automated Fluorescence Detection," *Proceedings from the Fifth International Symposium On Human Identification* 1994, pp. 174. (PM062508-62518 and PM062675)

- Roewer et al. "Variability At Autosomal And Heterosomal Simple Repeat Loci Detected In Different Human Population Samples," *Proceedings from the Fourth International Symposium On Human Identification* 1993, pp. 228. (PM062499 and PM062273-62279)

- Rostedt et al., "Genotyping Of Five Short Tandem Repeat Loci Via Triplex And Duplex PCR," *Forensic Science International* Vol. 82, 1996, pp. 217-226.

- Schumm et al., "High Throughput Systems For Analysis Of STR Loci," *Proceedings from the Sixth International Symposium On Human Identification* 1995, pp. 10-19. (PM062701-62710 and PM062685-62691)

- Urquhart et al., "Highly Dicriminating Heptaplex Short Tandem Repeat PCR System For Forensic Identification," *BioTechniques*, Vol. 18, No. 1, pp. 116-121. (APPL 041421-41424)

- Urquhart et al., "Multiplex STR Systems With Fluorescent Detection As Human Identification Markers," *Proceedings from the Fifth International Symposium On Human Identification* 1994, pp. 73-83. (PM062585-62595 and PM062508-62518)

- Walsh et al., "Development Of Fluorescent STR Triplex Kits," *Proceedings from the Sixth International Symposium On Human Identification* 1995, Abstract, p. 9. (PM062700, PM062685-62691)

- Walsh et al., "PCR Optimization Of AMP-FLPs And STRs," *Proceedings from the Fourth International Symposium On Human Identification*, 1993, pp. 205-212. (PM062476-62483 and PM062273-62279)

- Cooperative Human Linkage Center ("CHLC") Database, including but not limited to accession numbers 40865, 31821, 40642, 40703, 31989, and 32029.

- GenBank Database

## II.
## PRIOR KNOWLEDGE, USE, OR SALE

Defendants identify each of the individuals listed as inventors and authors of the patents and publications listed above, see Section I supra, as persons who may be relied upon as the prior inventor or as having prior knowledge or as having previously used or offered for sale the invention of U.S. Patent Nos. 5,843,660 and 6,221,598, or as otherwise having knowledge of the state of the art. The last known address of these individuals is set forth in the patents and

publications listed above, see Section I supra, except that Defendants updates the address of, or otherwise identifies, the following individuals. Defendants herein incorporate by reference the disclosures of prior art to the '660 and '598 patents contained within the parties' expert reports and summary judgment briefs, as well as in the deposition testimony of the listed individuals.

Prior Invention

- Katherine Lazaruk, Applera Corporation, Applied Biosystems Division, 750 Lincoln Avenue, Foster City, California

- James Robertson, FBI, Quantico, Virginia

- Sean Walsh, Affymetrix, 3380 Central Expressway, Santa Clara, CA

- Martin Buonchristiani, California Department of Justice

- Jeanette Wallin, California Department of Justice

Prior Use Or Sale (Including Public Use And Sale Of Promega's CSF1PO And THO1 Monoplex Kits)

- James Schumm, 260 South Reynolds Street, Apartment 1509, Alexandria, Virginia

- Ann Lins, W12317 Whitetail Run, Lodi, Wisconsin

- Cynthia Sprecher, Promega Corporation, 2800 Woods Hollow Road, Madison, Wisconsin

- Kathy Micka, W3239 Schaefer Road, Belleville, Wisconsin

- Dawn Rabbach, Promega Corporation, 2800 Woods Hollow Road, Madison, Wisconsin

- Randy Dimond, Promega Corporation, 2800 Woods Hollow Road, Madison, Wisconsin

- Rhonda Rhoby, Applera Corporation, Applied Biosystems Division, 750 Lincoln

Avenue, Foster City, California

Sources Of Derivation Art

- Holly Hammond, 621 Melvins Road, Telford, PA

- Thomas Caskey, 711 Louisiana, Suite 3300, Houston TX

- Ron Fourney, Royal Canadian Mounted Police, Central Forensic Laboratory, Biology Research and Development Support Unit, P.O. Box 8885, 1200 Vanier Parkway, Ottawa, Ontario Canada, K1G3M8

Dated: October 18, 2002

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____
Matthew D. Powers
Edward R. Reines
Joelle C. Luedtke
Matthew R. Hulse
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

QUARLES & BRADY LLP
James R. Cole
State Bar No. 1013023
One South Pinckney Street
P. O. Box 2113
Madison, WI 53701-2113
Telephone: (608) 251-5000
Facsimile: (608) 251-9166
**Attorneys for Defendants-Counterclaimants**

## **CERTIFICATE OF SERVICE**

I, Beverly Harris, do hereby certify that on this 18th day of October, 2002, a true and correct copy of Defendants' Identification Of Prior Art Pursuant To 35 U.S.C. § 282 was served, via Facsimile and Federal Express (Saturday Delivery), on the following addressees:

J. Donald Best, Esq.
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P. O. Box 1806
Madison, WI 53701-1806
Facsimile No. (608) 283-2275

David A. Casimir, Esq.
MEDLEN & CARROLL LLP
440 Science Drive, Suite 203
Madison, WI 53711
Facsimile No. (608) 218-6910

*/s/ Beverly Harris*